**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**GRAND RAPIDS DIVISION**

| | | |
|---|---|---|
| **JULIE A. SU**, Acting Secretary of Labor,<br>United States Department of Labor, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:23-cv-00754-RJJ-RSK |
| v. | ) | |
| | ) | Hon. Robert J. Jonker |
| **THE SAUCY CRAB GRAND RAPIDS,** | ) | Mag. Judge Ray S. Kent |
| **INC.** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ACTING SECRETARY OF LABOR'S**
**UNOPPOSED MOTION TO APPROVE CONSENT JUDGMENT**

Plaintiff Julie A. Su, Acting Secretary of Labor, United States Department of Labor ("Acting Secretary"), pursuant to Federal Rule of Civil Procedure 7(b)(1), respectfully moves this Court to approve and enter the parties' agreed proposed consent judgment ("Consent Judgment"). In support, the Acting Secretary states as follows:

1. On July 14, 2023, the Acting Secretary filed this action against Defendants The Saucy Crab Grand Rapids, Inc. d/b/a The Saucy Crab and Jixi Qiu ("Defendants"), alleging repeated and willful violations of the minimum wage, overtime, and recordkeeping provisions of the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. §§ 201 *et seq.*

2. The Acting Secretary and Defendants have voluntarily agreed to resolve all claims through entry of the Consent Judgment. The Consent Judgment provides monetary relief for Defendants' affected employees in the form of back wages and liquidated damages, an injunction against future violations, and other equitable relief.

3. As more fully set forth in the accompanying Memorandum of Law, the Consent Judgment should be approved because it is fair, reasonable, consistent with the FLSA, and in the

public interest.

4.      A copy of the fully executed Consent Judgment is submitted in connection with this motion as Exhibit 1.

5.      Defendants do not oppose this motion.

WHEREFORE, the Acting Secretary respectfully requests the Court grant this motion and enter the parties' agreed Consent Judgment.

Date: October 3, 2024                                   Respectfully Submitted,

                                                        **SEEMA NANDA**
                                                        Solicitor of Labor

U.S. Department of Labor                                **CHRISTINE Z. HERI**
Office of the Solicitor                                 Regional Solicitor
230 S. Dearborn Street
Suite 844                                               */s/ Haley R. Jenkins*
Chicago, Illinois 60604                                 **HALEY R. JENKINS**
312.353.1218                                            Trial Attorney
jenkins.haley.r@dol.gov

                                                        *Counsel for Julie A. Su, Acting Secretary of Labor,*
                                                        *United States Department of Labor, Plaintiff*

2